No. 86–7155.  WALKER v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 86–7156.  SZILI ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 86–7157.  MCGOVERN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 86–7158.  HINES v. JOHNSON, WARDEN.  C. A. 11th Cir. Certiorari denied.

No. 86–7159.  HICKSON v. MCDONALD, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 86–7161.  CHAUSSARD v. FULCOMER, WARDEN, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 86–7163.  REED v. DOUGLAS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 86–7165.  WALKER v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 87–1.  HANSEN BROTHERS ENTERPRISES v. NATIONAL LABOR RELATIONS BOARD.  C. A. D. C. Cir.  Certiorari denied.

No. 87–2.  VAHLSING v. BANGOR & AROOSTOOK RAILROAD CO. ET AL.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 87–5.  SASSE v. CUNNINGHAM ET AL.  Ct. App. N. C. Certiorari denied.

No. 87–9.  MCDONNELL DOUGLAS CORP. v. WORKERS' COMPENSATION APPEALS BOARD OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 87–11.  MOR-FLO INDUSTRIES, INC., ET AL. v. STATE INDUSTRIES, INC.  C. A. Fed. Cir.  Certiorari denied.